

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS

### FORT WORTH

NO. 2-10-066-CV

RODNEY D. THORNTON                                                  APPELLANT

V.

THOMAS F. DARDEN AND                                               APPELLEES
QUICKSILVER RESOURCES INC.

----------

### FROM THE 48TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered "Appellant's Motion To Dismiss Appeal." It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellant, for which let execution issue. *See* Tex. R. App. P. 42.1(d).

PER CURIAM

PANEL: MCCOY, DAUPHINOT, and MEIER, JJ.

DELIVERED: April 8, 2010

---

[1] *See* Tex. R. App. P. 47.4.